UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL SUBLIE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; <br> JOSHUA WENTZ, an individual, <br> MATTHEW PHILLIPSON, an individual, <br><br> Defendants. | NO. 2:15-cv-00266-SAB <br><br><br> **ORDER GRANTING** <br> **STIPULATED DISMISSAL** <br> **WITH PREJUDICE** |

The parties have filed a Stipulated Motion to Dismiss Lawsuit, ECF No. 22. In accordance with Fed. R. Civ. P. 41 and the joint wishes of the parties, the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** + 1

Accordingly**, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Lawsuit, ECF No. 22, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice** and without costs and attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

Dated this 27th day of October, 2016.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** + 2